John G. SINGLETARY, Jr.; Carla C. Singletary, Plaintiffs–Appellants,

v.

CITY OF NORTH CHARLESTON; City of North Charleston Zoning Department; City of North Charleston Zoning Board of Appeals; City of North Charleston Legal Department; R. Keith Summey, City of North Charleston Mayor; Darbis Briggman, *City of North Charleston* Chief Building Official; William B. Gore, Zoning Director; Rick Williams, Building Inspector; Mary Cohen, Zoning Inspector; Adrienne Williams, Secretary Zoning Board of Appeals; Donald Schaeffer, ZBA Vice Chairman and May 5, 2009 Acting ZBA Chair, Defendants–Appellees.

No. 12–1702.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

John G. Singletary, Jr. and Carla C. Singletary, Appellants Pro Se. Robin Lilley Jackson, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John G. Singletary, Jr., and Carla C. Singletary appeal from the district court's orders accepting the recommendation of the magistrate judge and denying relief in their civil action arising out of the denial of their request for a zoning variance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singletary v. North Charleston,* No. 2:09–cv–01612–RMG, 2012 WL 1309183 (D.S.C. Apr. 16, 2012; May 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*